# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 20 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>Javier MELERO,<br><br>               Defendant. | Case No.: **18MJ4988**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about September 19, 2018, within the Southern District of California, defendant, Javier MELERO did knowingly and intentionally import 500 grams and more, to wit: approximately 45.48 kilograms (100.26 pounds), of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                                        *Karin Baroni*
                                                        Special Agent Karin Baroni
                                                        Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 20th DAY OF SEPTEMBER 2018.

                                                        HON. NITA L. STORMES
                                                        U.S. MAGISTRATE JUDGE


## PROBABLE CAUSE STATEMENT

I, Special Agent Karin Baroni, declare under penalty of perjury, the following is true and correct:

On September 19, 2018, at approximately 3:14 p.m., defendant Javier MELERO ("MELERO"), a United States citizen, applied for permission to enter the United States from Mexico through the Tecate, California, Port of Entry in vehicle lane #2. MELERO was the driver, sole occupant, and registered owner of a white Chevrolet Silverado truck bearing California, United States license plates ("the vehicle").

Customs and Border Protection Officer ("CBPO") San Miguel began the primary inspection of MELERO. MELERO presented his California driver's license and California birth certificate. Simultaneously, CBPO Grantham was conducting Anti-Terrorism Contraband Enforcement Team ("A-TCET") pre-primary roving inspections and targeted the vehicle for inspection while at the primary booth. CBPO Grantham contacted MELERO and instructed MELERO to place the vehicle in park and open the hood. While conducting a cursory inspection of the vehicle, CBPO Grantham observed dried mud that appeared to be smeared on the fuel tank in the undercarriage of the vehicle. CBPO Grantham also observed bolts on the fuel tank cover that had shiny metal marks on the bolt heads, indicating recent tampering. CBPO Grantham tapped a corner of the fuel tank and it tapped normal.

CBPO Grantham asked MELERO if he had any mechanical work done to the vehicle and MELERO stated that he had not. MELERO further stated that he had owned

the vehicle for two months. CBPO Grantham informed CBPO San Miguel of his observations and asked CBPO San Miguel to refer MELERO and the vehicle to the secondary lot for further inspection.

At approximately 3:20 p.m., Customs and Border Protection ("CBP") Canine Officer Pittman was requested to screen the vehicle with a CBP Narcotics and Human Detection Dog ("NHDD"). The CBP NHDD alerted to a trained odor emanating from the driver's side rear undercarriage of the vehicle with a pinpoint stare in the direction of the gas tank. CBPO Pittman advised CBPO Grantham of the results. CBPO Grantham tapped the fuel tank again, this time on the upper right corner, and it tapped solid.

The vehicle was taken to a secured vehicle seizure area and CBPO Skinner removed the fuel tank, as witnessed by CBPO Grantham. The sending unit of the tank was taken out and CBPO Grantham observed a partition separating the fuel tank from a compartment. The compartment was opened and CBPO Grantham observed packages secreted inside. A total of twenty-five (25) vacuum-sealed packages weighing 45.48 kilograms (100.26 pounds) were removed from the gas tank compartment, which tested positive for a mixture or substance containing a detectable amount of methamphetamine.

At approximately 7:30 p.m., Homeland Security Investigations ("HSI") Special Agents ("SAs") Baroni and Hensley interviewed MELERO. MELERO agreed to waive his <u>Miranda</u> rights and speak with agents. During the interview, MELERO stated he knew there were narcotics in the vehicle and that he was going to be paid $6,000 upon successful completion of the smuggling venture.

MELERO was arrested and charged with a violation of Title 21, United States Code, 952 and 960, Importation of a Controlled Substance, and was scheduled to be booked into the Metropolitan Correctional Center.