FILED
Oct 17 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ rhear    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAVIER MELERO,<br><br>    Defendant. | Case No. '18 CR4466 AJB<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 -<br>Importation of a Controlled Substance (Felony) |

The United States Attorney charges:

On or about September 19, 2018, within the Southern District of California, defendant, JAVIER MELERO, did knowingly and intentionally import 500 grams and more, to wit: approximately 45.48 kilograms (100.26 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 10/17/18 .

          ADAM L. BRAVERMAN
         United States Attorney

         DAVIS M. LOOP
         Special Assistant U.S. Attorney

DML:cm:10/15/2018