PROB 12B  
(08/16)

January 25, 2021  
pacts id: 5418633

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions or Term of Supervision
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Javier Melero (English)                                **Dkt No.:** 18CR04466-001-AJB

**Name of Sentencing Judicial Officer:** The Honorable Anthony J. Battaglia, U.S. District Judge

**Sentence:** 24 months' custody; 3 years' supervised release. *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Date of Sentence:** April 8, 2019

**Date Supervised Release Commenced:** December 11, 2020

**Prior Violation History:** None.

---

## PETITIONING THE COURT

**TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:**

**To Remit:**

Submit your person, property, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

**To Add:**

Submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. The offender must warn any other occupants that the premises may be subject to searches pursuant to this condition.

An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the offender has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

PROB12B

| | |
|---|---:|
| Name of Offender: Javier Melero | January 25, 2021 |
| Docket No.: 18CR04466-001-AJB | Page 2 |

## CAUSE

Your Honor is advised that the search condition, as it appears on the Judgment and Commitment order, did not specify a search of the offender's computers and electronic devices. The probation officer seeks to update the condition to reflect the wording of the current search condition.

Mr. Melero has no objection to the removal of the previously ordered condition and the subsequent inclusion of the comprehensive search condition, to include computers and electronic devices. The wording is consistent with current policy and will allow the probation officer to appropriately supervise the offender in the community. A Waiver of Hearing form signed and dated by Mr. Melero is included as evidence of his agreement.

Respectfully submitted:                                   Reviewed and approved:

by _____                       _____
Steven Nava                                               Marc W. Ryan
U.S. Probation Officer                                    Supervisory U.S. Probation Officer
(619) 557-5763

bmc

Attachments:

**THE COURT ORDERS:**

__X__   THE MODIFICATION OF CONDITIONS AS NOTED ABOVE

_____   OTHER _____

_____                           1/26/21
The Honorable Anthony J. Battaglia                        _____
U.S. District Judge                                       Date